UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-129-T-17TGW

JUAN CIRO YACUP, IV
    a/k/a "JC"

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of a Motion by the (Dkt. 58) United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for a 9mm Beretta pistol, model BU9 Nano, serial number NU046844.

Being fully advised in the premises, the Court finds that on February 6, 2015, the Court entered a Preliminary Order of Forfeiture forfeiting to the United States all right, title, and interest of the defendant in the asset listed above pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).   Doc. 53.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from February 10, 2015 through March 11, 2015. Doc. 57.  The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60

CASE NO. 8:14-CR-129-T-17 TGW

days of the first date of publication.

The Court further finds that no persons or entities, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the asset. No other third party has filed a petition or claimed an interest in the asset, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the asset is FORFEITED to the United States.

Clear title to the asset is vested in the United States of America, which may warrant good title to any subsequent purchaser or transferee.

DONE and ORDERED in Tampa, Florida, this __16th__ day of __April__, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record

2